

# Fourth Court of Appeals
## San Antonio, Texas

June 10, 2016

No. 04-15-00812-CV

**CHRISTUS SPOHN HEALTH SYSTEM CORP.** d/b/a Christus Spohn Hospital Kleberg,
Appellant

v.

Melissa **HERNANDEZ**,
Appellee

From the 79th Judicial District Court, Jim Wells County, Texas
Trial Court No. 13-03-52114-CV
Honorable Richard C. Terrell, Judge Presiding

# O R D E R

Sitting:     Sandee Bryan Marion, Chief Justice
              Patricia O. Alvarez, Justice
              Jason Pulliam, Justice

The panel has considered Appellee's motion for rehearing; the motion is DENIED. *See* TEX. R. APP. P. 49.3.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 10th day of June, 2016.

_____
Keith E. Hottle
Clerk of Court